UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHARON PANOSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:12-cv-00066-NT |
| | ) |
| ERIC K. SHINSEKI, | ) |
| | ) |
| Defendant. | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed August 13, 2012, the Recommended Decision is affirmed.

1. It is therefore **ORDERED** that the Plaintiff's Complaint is **DISMISSED**.

/s/ Nancy Torresen_____
United States District Judge

Dated this 2nd day of October, 2012.